IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ALEXANDER BARBOSA CARRION

XXX-XX-7338

Debtor(s)

CASE NO. 12-06324 BKT

Chapter 13

**FILED & ENTERED ON 03/19/2013**

## ORDER APPROVING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC § 1329 to confirm the amended plan dated 02/05/2013 (docket entry # 28). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19 day of March, 2013.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES